1
2
3
4
5
6
7
8
9

10

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

11
12
13  FOURTE INTERNATIONAL
    LIMITED BVI, *et al.*,
14
                                    Plaintiffs,
15
        v.
16
    PIN SHINE INDUSTRIAL CO.,
17  LTD., *et al.*,
18
                                    Defendants.
19

Case No. 18-cv-00297-BAS-BGS

**ORDER GRANTING EX PARTE APPLICATION FOR ORDER AUTHORIZING SERVICE OF SUMMONS AND COMPLAINT BY CLERK OF COURT**

**[ECF No. 3]**

20     Presently before the Court is Plaintiffs Fourte International Limited BVI and
21 Fourte International SDN. BHD's ex parte application for a court order. (ECF No.
22 3.) Specifically, Plaintiffs request an order authorizing the Clerk of the Court to serve
23 the Summons and Complaint on Defendants Pin Shine Industrial Co., Ltd. ("Pin
24 Shine") and Bobbin & Tooling Electronics International Company ("Bobbin") by
25 mail, with signed return receipt requested, pursuant to Federal Rule Civil Procedure
26 4(f)(2)(C)(ii). Having reviewed the moving papers, the Court **GRANTS** the ex parte
27 application. (ECF No. 3.)
28

1  Accordingly, per Plaintiffs' application, the Court **ORDERS** the following:

2  1.  Plaintiffs shall provide the Clerk of Court with pre-addressed, prepaid FedEx International Air Waybills addressed to Defendants Pin Shine and Bobbin, as follows:

Pin Shine Industrial Technology Co., LTD
7F, No. 3, Wuquan 1st Rd.
Xinzhuang Dist.
242 New Taipei City
Taiwan

Bobbin & Tooling Electronics Int. Co., LTD
Panocean Secretarial Services Limited
Room 1708 Kai Tak Commercial Building
317-321 Des Voeux Road C
Hong Kong SAR

2.  Plaintiffs shall also provide the Clerk of Court with a copy of the Summons, Complaint, and Civil Cover Sheet for the package addressed to each Defendant.

3.  The Clerk of Court shall serve the Summons, Complaint, and Civil Cover Sheet on Defendants Pin Shine and Bobbin by depositing the Federal Express packages for delivery.

**IT IS SO ORDERED.**

DATED: March 14, 2018

Hon. Cynthia Bashant
United States District Judge